BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 1053618)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-6753
    laurie.kloster.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-15-00510 HSG |
| v. | |
| TERRY AUSTIN, | STIPULATION AND ORDER |
|     Defendant. | |

    The Government, by and through its attorney, Laurie Kloster Gray, and defendant, by and through his attorney, Paul F. DeMeester, respectfully submit this Stipulation and Proposed Order to memorialize the exclusion of time under the Speedy Trial Act from December 28, 2015, until the parties' next appearance on January 25, 2016, at 2:00 p.m. The parties hereby stipulate and agree to the following:

    1.    The parties appeared before the Court on December 28, 2015, for a status hearing, and requested that the Court continue the matter until January 25, 2016, for defendant's change of plea. At the parties' appearance, the government provided defendant with additional discovery. Defense counsel advised the Court of his January trial schedule in other cases. The Court granted the parties' joint requested motion to continue the case and calendared the next appearance for January 25, 2016.

2. The parties now formalize their request for a continuance of the case to January 25, 2016, at 2:00 p.m. for change of plea, and respectfully submit that the period from December 28, 2015 through and including January 25, 2016, be excluded from the Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to grant the requested continuance would unreasonably deny defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.

IT SO STIPULATED.

DATED: December 30, 2015

BRIAN J. STRETCH
Acting United States Attorney

By: /s/
LAURIE KLOSTER GRAY
Assistant United States Attorney

DATED: December 30, 2015

/s/
PAUL F. DeMEESTER
Attorney for Terry Austin

### ORDER

THE COURT FINDS that the time period from December 28, 2015, through and including January 25, 2016, the date of the parties' next appearance, shall be excluded from the otherwise applicable Speedy Trial Act computation for effective preparation and for continuity of counsel.

THE COURT FINDS THAT the ends of justice served by granting a continuance from December 28, 2015, through and including January 25, 2016, outweigh the best interest of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Accordingly, THE COURT ORDERS THAT the period from December 28, 2015, 2015, through and including January 25, 2016, is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED

DATED: December 30, 2015

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge